UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 6:19-cr-27-Orl-37LRH

JAIMI HAWKINS

_____

# VERDICT FORM

1. **Count One of the Indictment:**

    As to the offense of theft of government property, in violation of 18 U.S.C. § 641,

    We, the Jury, find the Defendant, Jaimi Hawkins:

    Guilty __X__      Not Guilty _____

2. **Count Two of the Indictment:**

    As to the offense of false statement to a federal agency, in violation of 18 U.S.C. § 1001,

    We, the Jury, find the Defendant, Jaimi Hawkins:

    Guilty __X__      Not Guilty _____

1

SO SAY WE ALL, this 21 day of June, 2019.

_____
FOREPERSON