**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

,

                **Plaintiff,**

v.                                                                                                                    **Case No:**

                **Defendants.**

_____

## **EXHIBIT DISK CERTIFICATION**

      We, the undersigned hereby certify that the exhibit disk(s) submitted to the courtroom deputy are hereby correct and accurate. We acknowledge that any and all exhibits that require redaction pursuant to the Administrative Procedures for Electronic Filing (6/5/2015) IV(D) have been properly redacted. We acknowledge that the electronically submitted exhibits will be the official record submitted to the Court of Appeals for the Eleventh Circuit if an appeal is taken.

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Received by Courtroom Deputy: _____

Date: _____