UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:19-cr-27-Orl-37LRH

JAIMI HAWKINS
_____

# ORDER

In the instant criminal action, after the close of the Government's case at trial, Defendant moved for a judgment of acquittal under Federal Rule of Criminal Procedure 29 ("**Motion**"). (Docs. 58, 65.) The Court reserved ruling, and Defendant proceeded to call witnesses. (Doc. 58.) Defendant did not renew the Motion after closing her case, and the jury returned a verdict of guilty on all counts (Doc. 64). Defendant has not renewed the Motion since.

As the Court reserved ruling at the time the Government's case closed, the Court has considered the Motion based on the Government's case in chief. Fed. R. Crim. P. 29(b); *United States v. Moore*, 504 F.3d 1345, 1348 (11th Cir. 2007). Specifically, whether the Government presented sufficient evidence to sustain a conviction, in the light most favorable to the government and drawing all reasonable inferences and making credibility determinations in its favor. *United States v. Thomas*, 987 F.2d 697, 701 (11th Cir. 1993); *United States v. Johnson*, 270 F. App'x 839, 841 (11th Cir. 2008).[1] On review, the Court

---

[1] While unpublished opinions are not binding precedent, they may be considered as persuasive authority. *See* 11th Cir. R. 36-2; *see also United States v. Almedina*, 686 F.3d 1312, 1316 n.1 (11th Cir. 2012).

-2-

finds the evidence the Government presented is sufficient to support Defendant's conviction. Thus, the Motion is denied.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's *ore tenus* motion for a judgment of acquittal (Doc. 65) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 24, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record